# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

MANDY TUMLIN

VERSUS

LOUISIANA DEPARTMENT OF
WILDLIFE & FISHERIES

NO.   2021 CW 0039

**MARCH 15, 2021**

---

In Re:   Mandy   Tumlin,   applying   for   supervisory   writs,
Louisiana State Civil Service Commission, No. S-18625.

---

BEFORE:   **McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.**

                              **JMM**
                              **GH**
                              **AHP**

COURT OF APPEAL, FIRST CIRCUIT

_DEPUTY CLERK OF COURT_
      FOR THE COURT